IRVING HOSTEN, Appellant, v DELE OLADAPO, Respondent.

Submitted October 27, 2008; decided December 16, 2008

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.

MARIO MIGUEL JARAMILLO, Appellant, v WEYERHAEUSER COMPANY et al., Respondents, et al., Defendant.

Submitted November 24, 2008; decided December 16, 2008

Motion by Pacific Legal Foundation for leave to file a brief amicus curiae on consideration of the certified question herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v PAUL BOYD, Respondent.

Submitted November 24, 2008; decided December 16, 2008

Motion for assignment of counsel granted and Dominic J. Sichenzia, Esq., One Old Country Road, Suite 390, Carle Place, New York 11514 assigned as counsel to the respondent on the appeal herein.